# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Illston, Susan Y. | U.S. District Court, N.D. Cal. | 07/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge- Senior | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Governors | Association of Business Trial Lawyers, Northern California |
| 2. | Custodian | Family Insurance Policies |
| 3. | Custodian | Family Annuities |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law Bolch Judicial Institute | 6/18/19-6/20/19 | Washington, D.C. | Educational seminar or program | Travel, food, and lodging reimbursement |
| 2. | San Francisco Intellectual Property Law Association | 9/20/19-9/22/19 | Calistoga, CA | Educational seminar or program | Food and lodging reimbursement |
| 3. | The Sedona Conference | 11/16/19-11/23/19 | County Kildare, Ireland | Educational seminar or program | Travel, food, and lodging reimbursement |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | I. Schwab IRA #1 (H) | | | | | | | | | |
| 2. | -Aberdeen Emerging Markets Fund | | None | | | Sold | 10/07/19 | K | E | |
| 3. | -Akre Focus Fund | | None | | | Sold | 10/03/19 | K | D | |
| 4. | -Alphabet, Inc. | | None | K | T | | | | | |
| 5. | -Capital One | A | Dividend | K | T | | | | | |
| 6. | -Citigroup | | None | J | T | Buy | 02/11/19 | J | | |
| 7. | | | | | | Buy<br>(add'l) | 03/21/19 | J | | |
| 8. | -Comcast | A | Dividend | K | T | Sold<br>(part) | 07/12/19 | K | C | |
| 9. | | | | | | Sold<br>(part) | 07/23/19 | K | B | |
| 10. | -CVS Corp. | | None | J | T | Buy | 05/23/19 | J | | |
| 11. | -Devon Energy | | None | K | T | Sold<br>(part) | 07/25/19 | J | E | |
| 12. | -DFA Emerging | A | Dividend | K | | Buy | 10/07/19 | K | | |
| 13. | -DFA Int'l | A | Dividend | K | | Buy | 10/04/19 | K | | |
| 14. | -DFA U.S. | B | Dividend | L | | Buy | 10/03/19 | L | | |
| 15. | -Dodge & COX Income Fund | B | Dividend | L | T | | | | | |
| 16. | -Dodge & COX International | | None | L | T | | | | | |
| 17. | -Dodge & COX Stock Fund | A | Dividend | K | T | Buy | 09/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  -FedEx Corp. | | None | K | T | Buy | 05/29/19 | J | | |
| 19. | | | | | Buy (add'l) | 06/13/19 | J | | |
| 20. | | | | | Buy (add'l) | 08/05/19 | K | | |
| 21. | | | | | Buy (add'l) | 10/02/19 | K | | |
| 22.  -First Eagle Overseas | A | Dividend | K | T | Buy | 01/31/19 | K | | |
| 23. | | | | | Buy (add'l) | 10/17/19 | K | | |
| 24.  -General Motors | A | Dividend | J | T | | | | | |
| 25.  -Goldman Sachs Group | A | Dividend | | | Sold (part) | 08/23/19 | J | A | |
| 26. | | | | | Sold | 11/22/19 | J | A | |
| 27.  -Goldman Sachs MLP Energy | A | Dividend | K | T | Buy | 10/17/19 | K | | |
| 28.  -GS Bond Inst | B | Dividend | L | T | | | | | |
| 29.  -Halliburton | | None | | | Sold | 10/17/19 | J | A | |
| 30.  -Harbor Cap Appreciation Fund | | None | | | Sold | 10/02/19 | K | D | |
| 31.  -Intel | | None | | | Buy | 05/23/19 | J | | |
| 32. | | | | | Sold | 09/12/19 | J | B | |
| 33.  -Ishares Biotech Fund | | None | K | T | | | | | |
| 34.  -JPM Int'l Unconstrained Fund | | None | | | Sold | 10/03/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Johnson & Johnson | B | Dividend | K | T | | | | | |
| 36. -Matthews Asia Growth Fund | | None | | | Sold | 10/17/19 | J | A | |
| 37. -Matthews Pacific Tiger Fund | | None | K | T | | | | | |
| 38. -Metlife | A | Dividend | J | T | Sold<br>(part) | 03/19/19 | J | A | |
| 39. | | | | | Sold<br>(part) | 08/23/19 | J | A | |
| 40. -Microsoft | A | Dividend | K | T | Sold<br>(part) | 04/26/19 | K | C | |
| 41. -Oaktree Cap. Group | A | Dividend | | | Sold<br>(part) | 03/15/19 | J | D | |
| 42. | | | | | Sold | 03/25/19 | J | D | |
| 43. -Oracle Corp. | A | Dividend | J | T | Sold<br>(part) | 03/04/19 | J | C | |
| 44. | | | | | Sold<br>(part) | 05/31/19 | J | A | |
| 45. -Osterweis Strategic Inc. Fund | B | Dividend | K | T | | | | | |
| 46. -Schlumberger LTD | A | Dividend | K | T | Buy<br>(add'l) | 10/17/19 | K | | |
| 47. -Schwab Advisor Standard (Cash) | A | Dividend | K | T | | | | | |
| 48. -Schwab Short Term Treas. | | None | J | T | Sold<br>(part) | 12/19/19 | J | E | |
| 49. -Schwab Value Adv. Fund | A | Dividend | | | Buy<br>(add'l) | 05/07/19 | K | | |
| 50. | | | | | Sold | 10/17/19 | K | E | |
| 51. -Vanguard Energy Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Volkswagen | A | Dividend | K | T | | | | | |
| 53.   -Walt Disney | A | Dividend | K | T | Buy<br>(add'l) | 03/07/19 | K | | |
| 54.   -Weyerhaeuser Co. | A | Dividend | J | T | Buy<br>(add'l) | 05/23/19 | J | | |
| 55.   -Wells Fargo & Co. | B | Dividend | K | T | | | | | |
| 56.   II. Schwab Brokerage Acct. (H) | | | | | | | | | |
| 57.   -Allergan Inc. | A | Dividend | | | Sold | 07/25/19 | K | E | |
| 58.   -Alps Alerian MLP | B | Dividend | | | Sold | 10/17/19 | K | B | |
| 59.   -Apple Computer | A | Dividend | K | T | | | | | |
| 60.   -Applied Materials | A | Dividend | J | T | Buy | 05/31/19 | J | | |
| 61.   -Baron Emerg. Mrkt. | A | Dividend | K | T | | | | | |
| 62.   -Citigroup Inc. | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 63.   -CVS Health Corp. | A | Dividend | K | T | Buy<br>(add'l) | 02/22/19 | K | | |
| 64.   -General Motors | A | Dividend | J | T | | | | | |
| 65.   -Intel Corp | A | Dividend | J | T | Sold<br>(part) | 09/12/19 | J | B | |
| 66.   -Ishares Global Timber | | None | | | Sold | 02/01/19 | J | B | |
| 67.   -Kinder Morgan Inc. | A | Dividend | K | T | | | | | |
| 68.   -Lennar Corp. | | None | | | Buy | 07/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 10/10/19 | J | B | |
| 70.   -Metlife | A | Dividend | J | T | | | | | |
| 71.   -Molson Coors Brewing | A | Dividend | | | Sold | 10/04/19 | J | A | |
| 72.   -Pear Tree Polaris | A | Dividend | K | T | | | | | |
| 73.   -Qualcomm | A | Dividend | J | T | Sold<br>(part) | 01/23/19 | J | C | |
| 74.   -Schwab Value Adv. Money Fund | | None | L | T | Buy<br>(add'l) | 11/18/19 | L | | |
| 75.   -Schwab S.T. U.S. Treasury | | None | K | T | Sold<br>(part) | 02/19/19 | K | D | |
| 76.   -Van Eck Vectors Gold Miners | A | Dividend | K | T | | | | | |
| 77.   -Weyerhaeuser Co. | A | Dividend | K | T | Buy<br>(add'l) | 02/01/19 | J | | |
| 78.   III. Schwab IRA #2 (H) | | | | | | | | | |
| 79.   -Apple Computer | A | Dividend | K | T | Sold<br>(part) | 08/23/19 | K | D | |
| 80. | | | | | Sold<br>(part) | 11/20/19 | K | D | |
| 81.   -Baird Core Plus Bond Indust | B | Dividend | K | T | | | | | |
| 82.   -Baron Emerging Markets | | None | K | T | | | | | |
| 83.   -Schwab Cash Reserves Money Market<br>Account | A | Dividend | J | T | | | | | |
| 84.   -Schwab S.T. U.S. Treasury | A | Dividend | | | Buy | 08/30/19 | L | | |
| 85. | | | | | Sold | 09/06/19 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Schwab Value Adv. Money Fd | | None | J | T | | | | | |
| 87. -T Rowe Price Inst. | B | Dividend | | | Sold | 08/29/19 | L | D | |
| 88. -Vanguard Shrt Inf | A | Dividend | L | T | Buy | 09/06/19 | L | | |
| 89. IV. Schwab Living Trust (H) | | | | | | | | | |
| 90. -DOMIX | C | Dividend | L | T | | | | | |
| 91. -DSI | E | Dividend | L | T | | | | | |
| 92. -PARMX | D | Dividend | K | T | | | | | |
| 93. -PRBLX | D | Dividend | L | T | | | | | |
| 94. -PXWIX | D | Dividend | L | T | | | | | |
| 95. -Schwab Value Adv. Money Fund | | None | K | T | Buy | 05/07/19 | K | | |
| 96. -SWZXX (Cash Reserves Money Market Fund) | | None | J | T | | | | | |
| 97. -VFTSX | E | Dividend | L | T | | | | | |
| 98. Citibank Account | A | Interest | N | T | | | | | |
| 99. Northwestern Mutual Life Insurance Assets (H) | | | | | | | | | |
| 100. -Northwestern Mutual Life Annuity, fixed | A | Interest | M | T | | | | | |
| 101. -Northwestern Mutual Life Family's Insurance, whole life | | None | N | T | | | | | |
| 102. -Northwestern Mutual Life Family's Annuities, fixed | D | Distribution | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Northwest Mutual Life Insurance Trust | | None | P1 | T | | | | | |
| 104. Chase Bank Accounts | A | Interest | O | T | | | | | |
| 105. Wells Fargo Bank Accounts | A | Interest | M | T | | | | | |
| 106. Provident Federal Credit Union | A | Interest | O | T | | | | | |
| 107. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: In the 2018 report, line 17, General Electric was reported as sold in part on 12/14/18. This should have been reported as sold in full.

Part VII: In the 2018 report, line 72, Goldman Sachs Group was reported in error and has been deleted from the 2019 report.

Part VII: In the 2018 report, line 88, Volkswagen was reported in error and has been deleted from the 2019 report.

Part VII, line 103: Northwest Mutual Life Insurance Trust-- no reportable assets in the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan Y. Illston**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544